UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

JEFFREY J. HARVEY,                  :
                                              Civil Action No. 04-5418 (WGB)
            Petitioner,             :

            v.                      :    **ORDER**

OSCAR AVILES,                       :

            Respondent.             :


For the reasons set forth in the Opinion filed herewith, IT IS on this 10th day of March, 2006,

ORDERED that the Petition for Writ of Habeas Corpus is DENIED; and it is further

ORDERED that no Certificate of Appealability shall issue.


　　　　　　　　　　　　　　　　　　/S/ WILLIAM G. BASSLER
　　　　　　　　　　　　　　　　　　William G. Bassler
　　　　　　　　　　　　　　　　　　Senior United States District Judge